LIPSON NEILSON P.C.
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
kanderson@lipsonneilson.com
awilliams@lipsonneilson.com

*Attorneys for Defendant Hollywood Highlands East Landscape Maintenance Association, Inc.*

**UNITED STATES DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No. 2:16-cv-02252-RFB-PAL |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER EXTENDING DISPOSITIVE MOTION BRIEFING SCHEDULE** |
| HOLLYWOOD HIGHLANDS EAST LANDSCAPE MAINTENANCE ASSOCIATION, INC.; SATICOY BAY LLC SERIES 6526 ASTORVILLE; and NEVADA ASSOCIATION SERVICES, INC., | **(FIRST REQUEST)** |
| Defendants. | |

Plaintiff, BANK OF AMERICA, N.A. (BANA) and Defendants, HOLLYWOOD HIGHLANDS EAST LANDSCAPE MAINTENANCE ASSOCIATION, INC. (HOA) and SATICOY BAY, LLC (collectively, the Parties), by and through their attorneys of record, hereby stipulate and agree as follows in accordance with LR6-1 and LR 26-4:

The parties have completed discovery; however, before incurring further expense, the parties wish to explore potential settlement of this matter, which would also conserve valuable judicial resources should the parties successfully resolve their dispute without need for further judicial intervention.

///

1 Dispositive Motions are due on January 30, 2019. BANA filed a Motion for Partial Summary Judgment [ECF No. 60] on January 18, 2019. Pursuant to [ECF No. 60] responses are due by February 8, 2019.

IT IS HEREBY STIPULATED AND AGREED that the Parties shall have an extension of fourteen (14) days up to and until February 13, 2019 to file their respective motions for summary judgment. The Parties responses to the motions for summary judgments, including responses to BANA's Motion [ECF No. 60], shall be due on March 6, 2019. The Parties replies to the motions for summary judgments shall be due on March 13, 2019.

This is the Parties first request for extension of the dispositive motions deadline. This request is not intended to cause any delay or prejudice to any party.

| Dated this 30th day of January, 2019. | Dated this 30th day of January, 2019. |
|---|---|
| LIPSON NEILSON P.C. | AKERMAN LLP |
| */s/ Amber M. Williams* | */s/ Tenesa S. Powell* |
| Kaleb D. Anderson, Esq.<br>Nevada Bar No. 7582<br>Amber M. Williams, Esq.<br>Nevada Bar No. 12301<br>9900 Covington Cross Drive, Suite 120<br>Las Vegas, Nevada 89144<br>*Attorneys for Defendant Hollywood Highlands East Landscape Maintenance Association, Inc.* | Melanie D. Morgan, Esq.<br>Nevada Bar No. 8215<br>Tenesa S. Powell, Esq.<br>Nevada Bar No. 12488<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br>*Attorneys for Plaintiff*<br>*Bank of America, N.A.* |

Dated this 30th day of January, 2019.

LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.

*/s/ Adam R. Trippiedi*
_____
Michael F. Bohn, Esq.
Nevada Bar No. 1641
Adam R. Trippiedi, Esq.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*Attorney for Defendant*
*Saticoy Bay LLC Series 6526 Astorville*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 1st day of February, 2019.

**Lipson Neilson P.C.**
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512

**IT IS SO ORDERED.**

Dated this _____ day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

Lipson Neilson P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 FAX: (702) 382-1512