1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  TENESA S. POWELL, ESQ.
   Nevada Bar No. 12488
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, NV 89134
   Telephone: (702) 634-5000
5  Facsimile: (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: tenesa.powell@akerman.com

7  *Attorneys for Plaintiff Bank of America, N.A.*

8            **UNITED STATES DISTRICT COURT**

9               **DISTRICT OF NEVADA**

10 BANK OF AMERICA, N.A.,                    Case No.:      2:16-cv-02252-RFB-PAL

11          Plaintiff,

12 v.                                        **STIPULATION AND ORDER TO
                                             CONSOLIDATE REPLIES AND EXTEND
13 HOLLYWOOD     HIGHLANDS     EAST         DEADLINE   TO   FILE   REPLY
   LANDSCAPE         MAINTENANCE            SUPPORTING    MOTION    FOR
14 ASSOCIATION, INC.; SATICOY BAY LLC       SUMMARY JUDGMENT
   SERIES 6526 ASTORVILLE; and NEVADA
15 ASSOCIATION SERVICES, INC.,

16          Defendants.

17

18        Plaintiff, Bank of America, N.A. (**BANA**), defendant Hollywood highlands East Landscape

19 Maintenance Association, Inc. (**Hollywood**) and defendant Saticoy Bay LLC Series 6526 Astorville

20 (**Saticoy**) hereby stipulate and agree as follows accordance with LR6-1 and LR 26-4:

21        1.      On January 18, 2018, BANA filed a motion for partial summary judgment (ECF No.

22 60).

23        2.      On February 1, 2019, this court approved of the parties stipulation to reset dispositive

24 motion deadlines pursuant to the parties attempt to settle this matter (ECF No. 62).

25        3.      On March 6, 2019, Hollywood filed its opposition to BANA's motion for partial

26 summary judgment (ECF No. 66).

27        4.      On March 6, 2019, Saticoy filed its opposition to BANA's motion for partial

28 summary judgment (ECF No. 68).

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

5.    BANA's reply supporting its motion for summary judgment is due March 13, 2019. (ECF No. 62).

6.    The parties stipulate that BANA will file a consolidated reply to include a response to Saticoy and Hollywood's opposition to BANA's motion for partial summary judgment.

7.    The parties stipulate BANA shall file its consolidated reply by March 27, 2019.  Any other replies in support of summary judgment are also due March 27, 2019.

8.    This is the first request for an extension of time on BANA's reply deadline.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

9.     The parties agree this extension is not intended to cause delay or prejudice, but to accommodate counsel's schedule and to preserve counsel and judicial resources by consolidating the response and reply.

DATED March 13, 2019

**AKERMAN LLP**

*/s/ Tenesa S. Powell*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
TENESA S. POWELL, ESQ.
Nevada Bar No. 12488
1635 Village Center Circle, Ste. 200
Las Vegas, Nevada 89134


**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

*/s/ Amber M. Williams*
KALEB D. ANDERSON, ESQ.
Nevada Bar No. 7582
AMBER M. WILLIAMS, ESQ.
Nevada Bar No. 12301
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
*Attorneys for Hollywood Highlands East Landscape Maintenance Association, Inc.*

**LAW OFFICE OF MICHAEL F. BOHN**

*/s/ Adam R. Trippiedi*
MICHAEL F. BOHN, ESQ.
Nevada Bar No. 1641
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
2260 Corporate Circle, Suite 480
Henderson, NV 89074
*Attorneys for Saticoy Bay LLC Series 6526 Astorville*


**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
Case No.:2:16-cv-02252-RFB-PAL
DATED this 14th day of March, 2019.