DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
HOLLY E. WALKER, ESQ.
Nevada Bar No. 14295
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email:  darren.brenner@akerman.com
Email:  holly.walker@akerman.com

*Attorneys for Bank of America, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.:  2:16-cv-02252-RFB-BNW |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| HOLLYWOOD HIGHLANDS EAST LANDSCAPE MAINTENANCE ASSOCIATION, INC.; SATICOY BAY LLC SERIES 6526 ASTORVILLE; and NEVADA ASSOCIATION SERVICES, INC.; | |
| Defendants. | |

Bank of America, N.A., Saticoy Bay LLC Series 6526 Astorville, and Hollywood Highlands East Landscape Maintenance Association, Inc. stipulate to dismiss all claims in this action, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

52675051;1

1    Each party shall bear its own attorneys' fees and costs.

2    DATED: April 21, 2020

3

4    **AKERMAN LLP**                          **LAW OFFICE OF MICHAEL F. BOHN**

5    */s/ Holly E. Walker, Esq.*              */s/ Michael F. Bohn, Esq.*
     DARREN T. BRENNER, ESQ.                  MICHAEL F. BOHN, ESQ.
6    Nevada Bar No. 8386                      Nevada Bar No. 1641
     HOLLY E. WALKER, ESQ.                    ADAM R. TRIPPIEDI, ESQ.
     Nevada Bar No. 14295                     Nevada Bar No. 12294
7    1635 Village Center Circle, Suite 200    Law Offices of Michael F. Bohn, Esq., Ltd.
     Las Vegas, Nevada 89134                  2260 Corporate Circle, Suite 480
8                                             Henderson, Nevada 89074

9    *Attorneys for Bank of America, N.A.*

10                                            *Attorneys for Saticoy Bay LLC Series 6526
                                              Astorville*
11

12   **LIPSON, NEILSON, COLE, SELTZER &
     GARIN, P.C.**

13   */s/ Amber M. Williams, Esq.*
     KALEB D. ANDERSON, ESQ.
14   Nevada Bar No. 7582
     AMBER M. WILLIAMS, ESQ.
15   Nevada Bar No. 12301
     LIPSON NEILSON P.C.
16   9900 Covington Cross Drive, Suite 120
     Las Vegas, Nevada 89144
17

18   *Attorneys for Hollywood Highlands Landscape
     Maintenance Association*
19

20

21          **IT IS SO ORDERED.**

22                                            _____
                                              RICHARD F. BOULWARE, II
23                                            UNITED STATES DISTRICT JUDGE
                                              Case No.:  2:16-cv-02252-RFB-BNW
24

25                                            Dated: ____April 22, 2020._____

26

27

28

2

52675051;1

**AKERMAN LLP**
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572